UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00032

**Alex Adams,**
*Plaintiff,*

v.

**Bobby Lumpkin et al.,**
*Defendants.*

# ORDER

 Plaintiff Alex Adams, proceeding pro se, filed the above-styled and numbered civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report and recommendation (Doc. 19) concluding that plaintiff should be denied leave to proceed without prepayment of the $402 filing fee and that this case be dismissed without prejudice as to the refiling of this case with full prepayment of the $402 filing fee, but with prejudice as to any attempt to refile *in forma pauperis*. Plaintiff received the report on July 15, 2022. Doc. 20. He did not file any objections.

 When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's motions to proceed *in forma pauperis* (Docs. 7, 16) are denied. For the reasons stated in the report, plaintiff's complaint is dismissed with prejudice for purposes of *in forma pauperis* proceedings. Plaintiff may resume his lawsuit if he pays the full filing fee of $402 within thirty days of the entry of final judgment. All motions that may be pending in this civil action are denied.

*So ordered by the court on September 2, 2022.*

　　　　　　　　　　／s／ J. Campbell Barker
　　　　　　　　　J. C\ampbell B\arker
　　　　　　　　　United States District Judge